**Demun WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77658**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 29, 2015

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney Gener-

al, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Thomas H. Newton, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges.

### Order

Per Curiam:

DeMun Walker appeals from the Judgment of the Circuit Court of DeKalb County, Missouri, denying his Rule 29.15 amended motion for post-conviction relief after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).